**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| IN RE:<br><br>**HARRIS, Larry and Kathleen,**<br><br>Debtors. | NO. 13-47559<br><br>**ORDER APPROVING LOAN MODIFICATION** |

THIS matter having come before the Court upon the Motion of the Debtors and the Court having reviewed the Motion, and having reviewed the files and records herein, deeming itself advised in the premises, it is therefore ORDERED, ADJUDGED and DECREED as follows:

1. The Loan Modification Agreement with Ditech Financial LLC is approved.

2. Debtors may sign or otherwise execute any all documents related to consummation of the proffered loan modification.

3. Upon completion of the loan modification, the Debtors, or Ditech Financial LLC, shall provide a complete copy of the modified loan note and related documents to the Debtors' attorney and to the Chapter 13 Trustee.

ORDER APPROVING LOAN MODIFICATION - 1

TRAVIS A. GAGNIER
ATTORNEY AT LAW
33507 Ninth Ave S, Bldg F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax: 941-0476

4. Debtors shall file a modified plan within thirty (30) days of entry of this order to provide for ongoing payment of the modified mortgage loan.

///END OF ORDER///

Presented by:

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Attorney for Debtors

CHAPTER 13 TRUSTEE

_____
Michael G. Malaier

ORDER APPROVING LOAN MODIFICATION - 2

TRAVIS A. GAGNIER
ATTORNEY AT LAW
33507 Ninth Ave S, Bldg F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax: 941-0476

Case 13-47559-BDL    Doc 46    Filed 05/20/16    Ent. 05/20/16 08:30:53    Pg. 2 of 2